IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY SHIFFER,

        Plaintiff,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY

        Defendant.

3:17-CV-978
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 22nd DAY OF JULY, 2019, upon consideration of Defendant Liberty Mutual Fire Insurance Company's Motion for Summary Judgment (Doc. 15), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 15) is **GRANTED**.

2. Judgment is hereby entered **IN FAVOR OF** Defendant Liberty Mutual Fire Insurance Company and **AGAINST** Plaintiff Timothy Shiffer.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge